# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed.**

| | |
|---|---|
| **Appeal No. & Caption** | 17-1582(L); 17-1587; 17-1611 |
| **Originating No. & Caption** | 3:13-cv-00030; 3:14-cv-00002; 3:14-cv-00005 |
| **Originating Court/Agency** | U.S. District Court for Western District of Virginia |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. 1291 | |
| Time allowed for filing in Court of Appeals | 30 Days from Final Order | |
| Date of entry of order or judgment appealed | January 23, 2017 | |
| Date notice of appeal or petition for review filed | May 2, 2017 | |
| If cross appeal, date first appeal filed | | |
| Date of filing any post-judgment motion | February 8, 2017 | |
| Date order entered disposing of any post-judgment motion | April 6, 2017 | |
| Date of filing any motion to extend appeal period | N/A | |
| Time for filing appeal extended to | | |
| Is appeal from final judgment or order? | ◉ Yes | O No |
| If appeal is not from final judgment, why is order appealable? | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | |
|---|---|---|
| Is settlement being discussed? | O Yes | ◉ No |

11/21/2016 SCC

USCA4 Appeal: 17-1582     Filed: 05/23/2017     Doc: 5     Pg: 2 of 4

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ⊙ Yes | ○ No |
| Has transcript been filed in district court? | ⊙ Yes | ○ No |
| Is transcript order attached? | ○ Yes | ⊙ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | N/A | |
| Case number of any pending appeal in same case | N/A | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ⊙ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ⊙ Yes | ○ No |
| Does case involve question of first impression? | ⊙ Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ⊙ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| Gentry, et al v. Hyundai is a class action against Hyundai arising out of false advertising that its 2011-2013 Elantra obtained 40 miles-per-gallon.<br><br>Abdul-Mumit, et al v. Hyundai and Abdurahman, et al v. Hyundai are mass actions filed pursuant to the Virginia Multiple Claimant Litigation Act, VA. Code 8.01-267.1 et seq, arising out of false advertising that the Hyundai 2011-2013 Elantra obtained 40 miles-per-gallon.<br><br>These cases were dismissed with prejudice for failing to state a claim upon which relief may be granted. |

USCA4 Appeal: 17-1582    Filed: 05/23/2017    Pg: 3 of 4    Doc: 5

**Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary)

1. Whether the District Court had jurisdiction to dismiss class allegations of Gentry, et al v. Hyundai?
2. Did the District Court err in finding the Amended Complaint failed to state a claim upon which relief can be granted?
3. Did the District Court err in finding the warranty claims under Virginia law to be pre-empted by Federal law?
4. Did the District Court err in dismissing the claims of the seven opt-outs, (John Franklin, Sharon Frith, Joseph Gross, Robert Meeker, Jessica Simons, Linda Cheeseboro, Arlove Plunkett), on the grounds that the Complaints in Abdul-Mumit et al v. Hyundai and Abdurahman, et al v. Hyundai failed to state a claim upon which relief may be granted?
5. Did the District Court err in finding the claims of the seven opt-outs were preempted by Federal law?
6. Did the District Court err in finding the claims of the seven opt-outs should be dismissed for failure to give written notice, thereby ignoring settled Virginia law that the law will not require a vain act?
7. Did the District Court err in deciding an important aspect of Virginia law without referral to the Supreme Court of Virginia?
8. Did the District Court err by holding the Plaintiffs/Appellants would have no leave to amend?

---

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.)

| Adverse Party: Hyundai Motor America, Inc. | Adverse Party: Hyundai Motor America, Inc. |
|---|---|
| Attorney: Shon Morgan<br>Address: Quinn Emmanuel<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017 | Attorney: James Neale<br>Address: McGuireWoods<br>Court Square Building<br>310 Fourth Street, NE, Suite 300<br>Charlottesville, VA 22902 |
| E-mail: shonmorgan@quinnemanuel.com | E-mail: jneale@mcguirewoods.com |
| Phone: | Phone: |

**Adverse Parties (continued)**

| Adverse Party: | Adverse Party: |
|---|---|
| Attorney:<br>Address: | Attorney:<br>Address: |
| E-mail: | E-mail: |
| Phone: | Phone: |

USCA4 Appeal: 17-1582    Doc: 5    Filed: 05/23/2017    Pg: 4 of 4

**Appellant** (Attach additional page if necessary.)

| | |
|---|---|
| Name: All Appellants are shown | Name: |
| Attorney: James B. Feinman<br>Address: P.O. Box 697<br>        Lynchburg, VA 24505 | Attorney:<br>Address: |
| E-mail: jb@jfeinman.com | E-mail: |
| Phone: 434-846-7603 | Phone: |

**Appellant (continued)**

| | |
|---|---|
| Name: | Name: |
| Attorney:<br>Address: | Attorney:<br>Address: |
| E-mail: | E-mail: |
| Phone: | Phone: |

Signature: _____    Date: _____5/16/17_____

Counsel for: Abdul-Mumit, et al; Abdurahman, et al; Gentry, et al

---

**Certificate of Service**: I certify that on ___May 16, 2017___ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below (Attach additional page if necessary):

| | |
|---|---|
| | |

Signature: _____    Date: May 16, 2017